# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KENNARD O. TERRY, | § | |
| | § | No. 448, 2016 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID 1507014451 |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: September 19, 2016
Decided: September 20, 2016

## **O R D E R**

This 20th day of September 2016, it appears to the Court that, on September 1, 2016, the Senior Court Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for this Court's lack of jurisdiction to hear an interlocutory criminal appeal. The appellant failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

_____
Justice